COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-299-CV

IN RE MCCURDY & MCCURDY, LLP 
RELATOR

----------

ORIGINAL PROCEEDING

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion To Dismiss Pursuant To Settlement.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the petition for writ of mandamus.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  MCCOY, J., CAYCE, C.J.; and DAUPHINOT, J.  

DELIVERED:  October 23, 2006 

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.